UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 25 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATIE GARDING,<br><br>        Petitioner-Appellee,<br><br> v.<br><br>MONTANA DEPARTMENT OF CORRECTIONS,<br><br>        Respondent-Appellant. | No.   23-35272<br><br>D.C. No.<br>9:20-cv-00105-DLC-KLD<br>District of Montana, Missoula<br><br>ORDER |
| KATIE GARDING,<br><br>        Petitioner-Appellant,<br><br> v.<br><br>MONTANA DEPARTMENT OF CORRECTIONS,<br><br>        Respondent-Appellee. | No.   23-35327<br><br>D.C. No.<br>9:20-cv-00105-DLC-KLD |

Before: W. FLETCHER, R. NELSON, and COLLINS, Circuit Judges.

The panel has voted to deny the petition for panel rehearing and to deny the petition for rehearing en banc. Dkt. 39. Judge W. Fletcher would grant the petition for panel rehearing and recommended granting the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. 35. The petitions for panel rehearing and rehearing en banc are **DENIED.**